# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Syntegon Technology Services, Inc | 12/9/2022 | 266474 | Check | $ 14,586.40 |
| Akorn Operating Company, LLC | Syntegon Technology Services, Inc | 2/1/2023 | | Wire | $ 46,861.13 |
| Akorn Operating Company, LLC | Syntegon Technology Services, Inc | 2/14/2023 | | Wire | $ 236.70 |
| | | | | | $ 61,684.23 |